UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA


NAOMI SANDRES

VERSUS

STATE OF LOUISIANA DIVISION
OF ADMINISTRATION, ET AL

CIVIL ACTION

NUMBER 08-145-FJP-SCR

### RULING

The plaintiff has filed an appeal[1] from the Magistrate Judge's Ruling which granted defendant's motion for a protective order.[2]  After a review of the record and for the reasons assigned by the Magistrate Judge, the decision rendered by the Magistrate Judge on August 8, 2008, granting defendant's motion for a protective order is AFFIRMED.

Baton Rouge, Louisiana, September 17, 2008.

FRANK J. POLOZOLA
MIDDLE DISTRICT OF LOUISIANA

---

[1] Rec. Doc. No. 45.

[2] Rec. Doc. No. 40.

Doc#45384