UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

NAOMI SANDRES

VERSUS

STATE OF LOUISIANA DIVISION
OF ADMINISTRATION, ET AL

CIVIL ACTION

NUMBER 08-145-FJP-SCR

## RULING

The matter now pending before the court is the State of Louisiana's objection to the Magistrate's Ruling[1] of July 28, 2008.

The State of Louisiana appeals that part of the Magistrate Judge's Ruling on its motion for a more definite statement that requires the defendant to do the following:

> Defendant's responsive pleading should address he[sic] particular discriminatory events and/or actions that are listed in the plaintiff's opposing memorandum.[2]

Defendant contends in "memorandum in support of the objection to Magistrate's order"[3] that "an opposing memorandum is not a formal pleading under Rule 7 of the Federal Rules of Civil Procedure." The Court does not believe it needs to make a formal determination of whether Rule 7 is applicable under the facts of the case. The plaintiff is a pro se plaintiff, and the Court must give plaintiff a liberal interpretation of her pleadings. However,

---

[1] Rec. Doc. No. 38.

[2] ¶ 8 of defendant's motion, Rec. Doc. No. 38.

[3] Rec. Doc. No. 38.

the Court believes it will be in the interest of justice and judicial economy to require the plaintiff to place the "particular discriminatory events and/or actions" in a formal amended complaint under separate specific paragraphs to allow the defendant to specifically admit or deny each claim.  This will also allow the defendant to have a proper list of the issues involved in the case and also require the parties to follow the Federal Rules of Civil Procedure.

Therefore:

IT IS HEREBY ORDERED that the Magistrate Judge's ruling be affirmed in part and modified in part.  That portion of the Magistrate Judge's Ruling which required the defendant to address the particular discriminatory events and/or actions that are listed in plaintiff's opposing memorandum to defendant's motion for a more definite statement shall be modified as follows: The plaintiff shall have 20 days to set forth the particular discriminatory events and/or actions set forth in plaintiff's memorandum in opposition to defendant's motion for a more definite statement in a formal amended complaint under separate specific numbers.  There shall be no attachments to the amended complaint.  The defendant shall file an answer or responsive pleading to plaintiff's amended complaint within 20 days after the amended complaint is filed in the record.  Should plaintiff fail to timely and properly amend her complaint in accordance with this order, the particular

discriminatory events and/or actions set forth in plaintiff's memorandum in opposition to defendant's motion for a more definite statement shall be dismissed without prejudice.

IT IS FURTHER ORDERED that in all other respects the Magistrate Judge ruling of July 28, 2008, is AFFIRMED.

IT IS FURTHER ORDERED that the plaintiff is warned that in filing future attachments in the record, the plaintiff shall be required to follow the orders of the Court and the Federal Rules of Civil Procedure or the attachments will be stricken from the record.

IT IS SO ORDERED.

Baton Rouge, Louisiana, September 17, 2008.

                                    _____
                                    FRANK J. POLOZOLA
                                    MIDDLE DISTRICT OF LOUISIANA