UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

NAOMI SANDRES

VERSUS

STATE OF LOUISIANA DIVISION
OF ADMINISTRATION

CIVIL ACTION

NUMBER 08-145-FJP-SCR

**RULING**

The plaintiff, Naomi Sandres, has filed an appeal[1] of the decision rendered by Magistrate Judge Stephen C. Riedlinger on October 30, 2008, which denied her motion to quash subpoena and for a protective order. After reviewing plaintiff's appeal, the ruling of the magistrate judge, and the record in this case, the Court finds there is no need for the defendant to file an opposition to the appeal.[2] For reasons set forth by the magistrate judge, which are adopted herein as this Court's opinion, the October 30, 2008, ruling is hereby AFFIRMED.

Plaintiff's motion for an expedited hearing on her appeal was granted considering the swift action the Court has taken in ruling on her appeal.

Baton Rouge, Louisiana, November 14, 2008.

FRANK J. POLOZOLA
MIDDLE DISTRICT OF LOUISIANA

---

[1] Rec. Doc. No. 69.

[2] The plaintiff has filed a motion for an expedited hearing (Rec. Doc. No. 70) which the Court has granted in deciding her appeal one day after her appeal was filed with the district court.

Doc#45623