UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

NAOMI SANDRES

VERSUS                                                CIVIL ACTION

STATE OF LOUISIANA DIVISION                           NUMBER 08-145-FJP-SCR
OF ADMINISTRATION OFFICE OF
RISK MANAGEMENT

### RULING

The Magistrate Judge's ruling of December 2, 2008,[1] is affirmed for the reasons set forth by the Magistrate Judge. The plaintiff is again warned that the Court will impose sanctions against the plaintiff for taking frivolous appeals and conducting frivolous discovery in this case.

Baton Rouge, Louisiana, December 16, 2008.

FRANK J. POLOZOLA
MIDDLE DISTRICT OF LOUISIANA

---

[1] Rec. Doc. No. 79.

Doc#45682