UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA



NAOMI SANDRES

VERSUS

STATE OF LOUISIANA, DIVISION OF
ADMINISTRATION, OFFICE OF RISK
MANAGEMENT

CIVIL ACTION

NUMBER 08-145-FJP-SCR

### RULING

This matter is before the Court on the defendants' motion to quash the subpoena duces tecum filed by the plaintiff.[1] The defendants' motion is granted for reasons set forth below.

The subpoena duces tecum is unnecessarily broad and would place an undue burden on the defendants. An enormous amount of data would have to be complied in order to fulfill the plaintiff's request of obtaining every electronic or computer entry that bears her name. The burden of this proposed discovery outweighs its likely benefit considering that it would not likely lead to relevant information of the plaintiff's discrimination claim under Title VII. Therefore the defendants are not required to respond to this discovery request.

Additionally, the Division of Administration and the Office of Management do not have control over the computer internet file of plaintiff and therefore are not required to disclose that

---

[1] Rec. Doc. No.78.

Doc#45785

information. Any documents retained by the Division of Administration and Office of Risk Management employees also are not discoverable due to the attorney-client privilege.

The subpoena further requests personnel information on Division of Administration and Office Risk Management employees. The list includes high level supervisor employees. Such information is completely unwarranted given that these employees are not similarly situated to the plaintiff under Title VII.

Due to the repetitive and harassing discovery requests of the plaintiff, the Court imposes a sanction of $250.00 on the plaintiff, Naomi Sandres, as allowed under Rules 26 and 37 of the Federal Rules of Civil Procedure.

THEREFORE IT IS ORDERED that the defendants' motion to quash is hereby granted, and a sanction will be imposed on the plaintiff in the amount of $250.00.

Baton Rouge, Louisiana, this 4 February, 2009.

_____
Frank J. Polozola
Middle District of Louisiana

Doc#45785