UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

FILED
U.S. DIST COURT
MIDD            .E LA

2009 FEB -4  P 2: 21

BY DEPUTY CLERK

NAOMI SANDRES

VERSUS

STATE OF LOUISIANA, DIVISION OF
ADMINISTRATION, OFFICE OF RISK
MANAGEMENT

CIVIL ACTION

NUMBER 08-145-FJP-SCR

### RULING

This matter is before the Court on the defendants' motion to compel the plaintiff's deposition.[1]  The plaintiff has filed an opposition to this motion.[2]  The defendants have made several attempts to take the plaintiff's deposition.  However, the plaintiff has refused to state a specific time and place to give her deposition.

THEREFORE the Court orders that the deposition of Naomi Sandres be taken within 30 days of this ruling.  The Court will impose sanctions for failure to comply with his order as allowed under Rules 26 and 37 of the Federal Rules of Civil Procedure.

It is so ordered.

Baton Rouge, Louisiana, this ___4___ February, 2009.

_____
Frank J. Polozola
Middle District of Louisiana

---

[1]Rec. Doc. No. 76.

[2]Rec. Doc. No. 80.

Doc#45786