UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

NAOMI SANDRES                                              CIVIL ACTION

VERSUS                                                     NUMBER 08-145-FJP-SCR

STATE OF LOUISIANA, DIVISION OF
ADMINISTRATION, OFFICE OF RISK
MANAGEMENT

**O R D E R**

While the Court believes its February 4, 2009 opinion is self explanatory, the Court quashed all subpoenas issued by the plaintiff. The Court adopts by reference its prior decision rendered on this issue on February 4, 2009.

Plaintiff has also submitted a list of questions in her motion. Such a procedure is not permitted under the Federal Rules of Civil Procedure. The Court has ruled on the issue presented to the Court and has now set forth a second opinion on this issue. No further response is required by the Court.

IT IS SO ORDERED.

Baton Rouge, Louisiana, March 11, 2009.

_____
FRANK J. POLOZOLA
MIDDLE DISTRICT OF LOUISIANA

Doc#45876