UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

NAOMI SANDRES

VERSUS

STATE OF LOUISIANA
DIVISION OF ADMINISTRATION,
OFFICE OF RISK MANAGEMENT

CIVIL ACTION

NUMBER 08-145-FJP-SCR

**RULING MOTION FOR EXPLANATION**

Before the court is the plaintiff's Motion for Explanation of Meaning of Notations at Bottom of Rulings or Orders Since September, 2008 and Explanation as to Why Document Response for 3 of Last Decisions Not Given as Ruling or Order But Scribble on Top Sheet of Motions Presented by Plaintiff by District Judge.  Record document number 116.

This motion is does not relate to any party's claims or defenses, and the information sought could have been requested during the status conference held May 14, 2009.  The court may decide a motion by issuing a ruling, an order, an opinion, a memorandum opinion , findings of fact and conclusions of law, or even a simple docket entry.  The title given to a decision varies with the type motion, the relief requested or granted, and the particular circumstances.  Decisions on motions are usually typewritten, but simple decisions may also be handwritten on the first page of the motion, the last page of the motion, or on a proposed order submitted with the motion.  The notations on the

bottom of some minute entries, rulings and orders - in this case and other cases in this court - are to assist the clerk of court in complying with statistical reporting requirements.

Accordingly, the plaintiff's motion is granted to the extend that the foregoing explanation has been provided.

Baton Rouge, Louisiana, May 18, 2009.

*Stephen C. Riedlinger*
STEPHEN C. RIEDLINGER
UNITED STATES MAGISTRATE JUDGE