UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

NAOMI SANDRES

VERSUS

STATE OF LOUISIANA DIVISION
OF ADMINISTRATION, OFFICE
OF RISK MANAGEMENT

CIVIL ACTION

NUMBER 08-145-FJP-SCR

## RULING

This matter is before the Court on plaintiff's "motion for further explanation."[1]  For the reasons given in the magistrate judge's May 18, 2009, ruling,[2] plaintiff's motion for further explanation is denied.

Baton Rouge, Louisiana, June 3, 2009.

FRANK J. POLOZOLA
MIDDLE DISTRICT OF LOUISIANA

---

[1]Rec. Doc. No. 121.

[2]Rec. Doc. No. 117.

Doc#46120