UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

NAOMI SANDRES

VERSUS

STATE OF LOUISIANA
DIVISION OF ADMINISTRATION,
OFFICE OF RISK MANAGEMENT

CIVIL ACTION

NUMBER 08-145-FJP-SCR

**RULING MOTION TO CANCEL DEPOSITIONS**

Before the court is the plaintiff's Motion to Cancel Depositions of Mary Ann Christopher, Janette Chriss, Albert Jenkins, Janet London and Margie Washington on July 28 and 29, 2009 and to Reschedule on August 5-6, 2009. Record document number 123. The motion is opposed.[1]

Plaintiff has not shown that the defendants failed to give her reasonable written notice of these depositions, as required by Rule 30(b)(1), Fed.R.Civ.P. Plaintiff has not offered any other reason why these depositions should be continued to the later dates proposed by her. She has not shown that taking the depositions on the noticed dates would impose any hardship on her. Her only reason for seeking the later dates is simply that these later dates are convenient for her. This is not a sufficient reason to postpone these depositions.

Plaintiff also sought to have these depositions taken at the courthouse. Plaintiff has not shown that taking these depositions

---

[1] Record document number 124.

at the courthouse is necessary.

Accordingly, the plaintiff's Motion to Cancel Depositions of Mary Ann Christopher, Janette Chriss, Albert Jenkins, Janet London and Margie Washington on July 28 and 29, 2009 and to Reschedule on August 5-6, 2009 is denied.

Baton Rouge, Louisiana, July 20, 2009.

*Stephen C. Riedlinger*
STEPHEN C. RIEDLINGER
UNITED STATES MAGISTRATE JUDGE