UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

NAOMI SANDRES

VERSUS

STATE OF LOUISIANA DIVISION
OF ADMINISTRATION

CIVIL ACTION

NUMBER 08-145-FJP-SCR

**RULING**

    The plaintiff, Naomi Sandres, has filed an appeal[1] of the decision rendered by Magistrate Judge Stephen C. Riedlinger on July 20, 2009,[2] which denied the Motion to Cancel Depositions of Mary Ann Christopher, Janette Chriss, Albert Jenkins, Janet London and Margie Washington on July 28 and 29, 2009, and to Reschedule on August 5-6, 2009.  After reviewing plaintiff's appeal, the ruling of the magistrate judge, and the record in this case, the Court finds there is no need for the defendant to file an opposition to the appeal.  For reasons set forth by the magistrate judge, which are adopted herein as this Court's opinion, the July 20, 2009 ruling is hereby AFFIRMED.

    Plaintiff has also filed request for a decision on the Appeal of the Magistrate Judge's Ruling.[3]  For written reasons assigned

---

[1] Rec. Doc. No. 126.

[2] Rec.Doc. No. 125.

[3] Rec. Doc. No. 128.

Doc#46334

above, the request is now moot.

    Baton Rouge, Louisiana, September 9, 2009.

 

```
                              _____
                              FRANK J. POLOZOLA
                              MIDDLE DISTRICT OF LOUISIANA
```