UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

NAOMI SANDRES

VERSUS

STATE OF LOUISIANA DIVISION
OF ADMINISTRATION

CIVIL ACTION

NUMBER 08-145-FJP-SCR

**<u>RULING</u>**

The plaintiff, Naomi Sandres, has filed an appeal[1] of the decision rendered by Magistrate Judge Stephen C. Riedlinger on September 3, 2009,[2] which denied the motion of plaintiff to compel subpoenaed records from MV Tech. After reviewing plaintiff's appeal, the ruling of the magistrate judge, and the record in this case, the Court finds there is no need for the defendant to file an opposition to the appeal. For reasons set forth by the magistrate judge, which are adopted herein as this Court's opinion, the August 25, 2009, ruling is hereby AFFIRMED.

Plaintiff, Naomi Sandres, has also filed an appeal[3] of the decision rendered by Magistrate Judge Stephen C. Riedlinger on September 3, 2009,[4] which denied the Motion of plaintiff for a 60-

---

[1] Rec. Doc. No. 137.

[2] Rec. Doc. No. 135.

[3] Rec. Doc. No. 138.

[4] Rec. Doc. No. 136.

Doc#46391

Day Extension of Discovery.  After reviewing plaintiff's appeal, the ruling of the magistrate judge, and the record in this case, the Court finds there is no need for the defendant to file an opposition to the appeal.  For reasons set forth by the magistrate judge, which are adopted herein as this Court's opinion, the August 25, 2009, ruling is hereby AFFIRMED.[5]

Baton Rouge, Louisiana, September 23, 2009.

FRANK J. POLOZOLA
MIDDLE DISTRICT OF LOUISIANA

---

[5] Before issuing this ruling on the pending Magistrate Appeals, the Court also considered the opposition filed by the plaintiff, which is filed into the record as document number 139.