UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

NAOMI SANDRES

VERSUS                    CIVIL ACTION NO. 08-145-FJP-SCR

STATE OF LOUISIANA DIVISION OF ADMINISTRATION
OFFICE OF RISK MANAGEMENT

SCHEDULING ORDER NOT FOLLOWED BY DEFENDANTS AS NO RESPONSE GIVEN BUT SUMMARY JUDGMENT INSTEAD TO OFFER OF SETTLEMENT

ON 8/28/09, Plaintiff made a settlement offer to defendants and only response given by defendants was through summary judgment.

Plaintiff wants these court records to reflect this as well.

Naomi Sandres
PO Box 1896
Prairieville, LA 70769

**Ruling**

The plaintiff has filed a motion claiming the scheduling order was not followed because the defendants did not respond to her settlement offer. While the Court encourages settlement of cases, no party is required to settle a case. The failure or refusal to settle is not a violation of the scheduling order.

[signature]
9-24-09

FJP