UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

NAOMI SANDRES

VERSUS

STATE OF LOUISIANA
DIVISION OF ADMINISTRATION,
OFFICE OF RISK MANAGEMENT

CIVIL ACTION

NUMBER 08-145-FJP-SCR

**RULING MOTION FOR EXPLANATION OR TIME ESTIMATE**

Before the court is the plaintiff's Motion for Explanation or Time Estimate as to When Will Move to Next Step ... Record document number 161.

As previously explained to the plaintiff in the Ruling on Motion for Explanation,[1] the Defendants' Motion for Summary Judgment seeks dismissal of all of the plaintiff's claims and is supported by numerous exhibits, totaling about 100 pages, and a 22-page supporting memorandum.[2] The opposition filed by the plaintiff was 24 pages, with approximately 260 pages of exhibits.  When the defendants' motion was filed it was one of 14 similarly complex and lengthy dispositive motions pending before the undersigned.[3]  Of these 14 motions, seven were filed before the defendants filed

---

[1] Record document number 160.

[2] Record document number 141.

[3] Also pending before the undersigned are numerous other complex motions, e.g. motions to remand, motions to compel discovery, and motions for a protective order.  Although these are not the same motions which were pending when the Ruling on Motion for Explanation was issued, they still require rulings - some of which are more time-sensitive than the motion for summary judgment in this case.

their motion, and of those seven, two remain.  Defendants' motion for summary judgment is under active consideration at this time.

Accordingly, the plaintiff's motion is granted to the extent of the foregoing explanation.

Baton Rouge, Louisiana, August 19, 2010.

*Stephen C. Riedlinger*
STEPHEN C. RIEDLINGER
UNITED STATES MAGISTRATE JUDGE