UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

NAOMI SANDRES                                CIVIL ACTION

VERSUS                                       NUMBER 08-145-FJP-SCR

STATE OF LOUISIANA, DIVISION OF
ADMINISTRATION, OFFICE OF RISK
MANAGEMENT

O P I N I O N

After independently reviewing the entire record in this case and for reasons set forth in the Magistrate Judge's Report to which an objection was filed:

IT IS ORDERED that the Defendant's Motion for Summary Judgment shall be granted in part and denied in part. Defendant's motion should shall be granted as to the plaintiff's race discrimination and hostile work environment claims. Defendant's motion shall be denied as to the plaintiff's retaliation claim.

Baton Rouge, Louisiana, September 22, 2010.

_____
FRANK J. POLOZOLA
MIDDLE DISTRICT OF LOUISIANA

Doc#46934